## Raymond W. Stevens, Appellee, v. Wilson Carey, Appellant.

### Gen. No. 5,807. (Not to be reported in full.)

Appeal from the Circuit Court of Lake county; the Hon. CHARLES H. DONNELLY, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Action by Raymond W. Stevens against William Carey in forcible detainer to recover possession of premises orally leased to defendant by plaintiff. From a judgment in favor of plaintiff, defendant appeals.

LESLIE A. NEEDHAM, JOHN B. DANDRIDGE and CHARLES H. KING, for appellant.

ALLEN G. MILLES and J. D. POPE, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

## Abstract of the Decision.

1. Forcible entry and detainer, § 94*—*when judgment may be amended at subsequent term.* Judgment may be amended to conform to the complaint at a subsequent term.

2. Forcible entry and detainer, § 60*—*when complaint sufficiently describes the premises.* Complaint describing the premises as "a house occupied by defendant, and such premises as are appurtenant thereto, located on the north one-third (except that part lying east of the road) of the south half, etc.," *held* a sufficient description.

3. Landlord and tenant, § 479*—*notice to quit.* Under an oral lease providing that tenant would quit at any time upon receiving thirty days' notice, a notice to quit is not insufficient because served on the first day of the month.